UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANALE ADAMS,

               Plaintiff,               Case Number 10-13529
v.                                                          Honorable David M. Lawson
                                                               Magistrate Judge Laurie J. Michelson
DENNIS HOWE, SCOTT BICKEL,
and TERRI JOHNSON-WISE,

               Defendants.
_____/

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER

Plaintiff Stephanale Adams is an inmate in the custody of the Michigan Department of corrections who has filed a complaint *pro se* alleging various violations of her civil rights. The Court referred the case to Magistrate judge Laurie J. Michelson for pretrial management. On July 9, 2012, Judge Michelson entered an order on various discovery motions [dkt. # 58], to which the plaintiff objected.

The district court reviews an order by a magistrate judge on a non-dispositive matter to determine whether the decision is "clearly erroneous." *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001). A decision is "clearly erroneous" if "although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948). Where there are two plausible views, a decision cannot be "clearly erroneous." *Anderson v. City of Bessemer City, North Carolina*, 470 U.S. 564, 574 (1985).

The Court has reviewed the motion papers and the magistrate judge's order and finds that the decision falls within the range of principled outcomes allowed b y the facts and the applicable law.

Accordingly, it is **ORDERED** that the plaintiff's objections [dkt . #59] are **OVERRULED**.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: August 2, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 2, 2012.

s/Deborah R. Tofil
DEBORAH R. TOFIL